UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19cr3599 AJB |
|---|---|
| Plaintiff, | **ORDER ACCEPTING GUILTY PLEA** |
| v. | |
| CRYSTAL ANNETTE EMERY, | |
| Defendant. | |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Lopez are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Information filed September 12, 2019.

IT IS SO ORDERED.

Dated: November 8, 2019

_____
Hon. Anthony J. Battaglia
United States District Judge

1